ROGER LAW

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527
Attorney for DEFENDANT, DANIEL LOUBET ROMERO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL LOUBET ROMERO,

Defendant.

CASE NO. 1:25-cr-00132-JLT-SAB

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

**Sentencing Hearing: 9/21/2026**

DEFENDANT, DANIEL LOUBET ROMERO's Sentencing hearing is currently scheduled for September 21, 2026. The parties request a continuance of the Sentencing Hearing in this matter, so that further investigation relative to sentencing related materials and information can occur.

WHEREAS in light of the above, request is made for a continuance of the September 21, 2026, Preliminary hearing for a period of not less than 30 days.

THEREFORE, IT IS STIPULATED by and between the Parties that the September 21, 2026, Sentencing hearing be continued to October 26, 2026, or to a date convenient to the Court.

///

IT IS SO STIPULATED:

Dated: September 1, 2026

ERIC GRANT
United States Attorney

By: /s/ Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney

Dated: September 1, 2026

BONAKDAR LAW FIRM

By: /s/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant
DANIEL LOUBET ROMERO

Dated: September 1, 2026

UNITED STATES PROBATION

/s/ Andrea Ruiz
ANDREA RUIZ, U.S. Probation Officer

ORDER

Upon the Parties' stipulation and for good cause shown, Defendant, DANIEL LOUBET ROMERO's Sentencing Hearing is continued from September 21, 2026, to October 26, 2026, at 9:00 a.m., Courtroom 4.

All orders not expressly modified by this order remain in full force and effect.

IT IS SO ORDERED.

Dated: September 2, 2026

UNITED STATES DISTRICT JUDGE